KEYSPAN GAS EAST CORPORATION, Respondent, v MUNICH REINSURANCE AMERICA et al., Defendants, and CENTURY INDEMNITY COMPANY, Appellant. [51 NYS3d 392]—

Order, Supreme Court, New York County (Saliann Scarpulla, J.), entered March 16, 2016, which denied defendant Century Indemnity Company's motion pursuant to CPLR 4404 for judgment notwithstanding the verdict or a new trial, unanimously affirmed, with costs.

The jury's conclusions that plaintiff's notice of occurrence to defendant was timely, that the property damage began in 1905, and that insurance was only available in the market between 1933 and 1986, are supported by sufficient evidence and are not against the weight of the evidence (see Cohen v Hallmark Cards, 45 NY2d 493, 498-499 [1978]).

We have considered defendant's remaining arguments and find them unavailing. Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels and Webber, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE GILYARD, Appellant. [51 NYS3d 393]—Judgment, Supreme Court, New York County (Richard D. Carruthers, J.), rendered November 19, 2014, unanimously affirmed.

Application by defendant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1st Dept 1976]). We have reviewed this record and agree with defendant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels and Webber, JJ.